# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1828
_____

LINDA MICHAEL,

Appellant,

v.

RON DESANTIS, JOE NEGRON, FL
COMM'N. ON OFFENDER REVIEW,
et. al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 30, 2022

PER CURIAM.

AFFIRMED.

OSTERHAUS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Linda Michael, pro se, Appellant.

Ashley Moody, Attorney General, and Charles J. F. Schreiber, Jr., Senior Assistant Attorney General, Tallahassee, for Appellee Ron DeSantis.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee Florida Commission on Offender Review.